IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advante International Corporation, et al., | NO. C 05-01022 JW |
| Plaintiff, | Related Case NO. C 06-4994 JW |
| v. | **ORDER CONTINUING HEARING ON MOTIONS AND CASE MANAGEMENT CONFERENCE** |
| Mintel Learning Technology, Inc., et al., | |
| Defendants. | |

On the Court's own motion, the hearing on Defendant's Motion to Dismiss in case No. 05-1022, and the case management conference in case No. 06-4994 is continued from February 5, 2007 to **February 12, 2007** at 9 a.m. and 10 a.m., respectively.

Dated: January 29, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Wesley Carver bcarver@fenwick.com
Chien-Ju Alice Chuang achuang@fenwick.com
J. James Li lij@howrey.com
Rodger R. Cole rcole@fenwick.com
Ryan Jared Marton rmarton@fenwick.com
Songmee L. Connolly Sconnolly@Fenwick.com

Dated:  January 29, 2007                                Richard W. Wieking, Clerk


                                                        By:   /s/ JW Chambers
                                                              Elizabeth Garcia
                                                              Courtroom Deputy