**United States District Court**
For the Northern District of California

1
2
3
4
5                      IN THE UNITED STATES DISTRICT COURT
6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                                  SAN JOSE DIVISION

| | |
|---|---|
| Advante International Corporation, et al., | NO. C 05-01022 JW |
| | Related Case No. 06-04994 |
| Plaintiffs, | |
| v. | **ORDER VACATING HEARING ON MOTIONS AND CONFERENCES** |
| Mintel Learning Technology, Inc., et al., | |
| Defendants. | |

The Court found the parties' motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) in the respective related cases appropriate for submission without oral arguments. Accordingly, the Court **VACATES** the hearing presently scheduled for **February 12, 2007**. In addition, the Court sets the following case schedule:

1) With respect to <u>Mintel Learning Technology v. US Ivy Learning Networks</u>, C 06-04994, the Court **VACATES** the case management conference presently scheduled for **February 12, 2007.** The Court will set a new conference date in its Order regarding the pending motions.

2) With respect to <u>Advante International Corp. v. Mintel Learning Technology</u>, C 05-01022, the Court **VACATES** the preliminary pretrial conference currently set for **March 12, 2007.** The Court will set a new conference date in its Order regarding the pending motions.

Dated: February 7, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Wesley Carver bcarver@fenwick.com
Chien-Ju Alice Chuang achuang@fenwick.com
J. James Li lij@howrey.com
Rodger R. Cole rcole@fenwick.com
Ryan Jared Marton rmarton@fenwick.com
Songmee L. Connolly Sconnolly@Fenwick.com

Dated:  February 7, 2007                    Richard W. Wieking, Clerk


                                             By:   /s/ JW Chambers
                                                  Elizabeth Garcia
                                                  Courtroom Deputy