| | |
|---|---|
| 1 | RODGER R. COLE (CSB NO. 178865) |
|   | rcole@fenwick.com |
| 2 | RYAN J. MARTON (CSB NO. 223979) |
|   | rmarton@fenwick.com |
| 3 | C. J. ALICE CHUANG (CSB NO. 228556) |
|   | achuang@fenwick.com |
| 4 | BRIAN W. CARVER (CSB NO. 244878) |
|   | bcarver@fenwick.com |
| 5 | FENWICK & WEST LLP |
|   | Silicon Valley Center |
| 6 | 801 California Street |
|   | Mountain View, CA 94041 |
| 7 | Telephone: (650) 988-8500 |
|   | Facsimile:  (650) 938-5200 |

GRANTED
Judge James Ware
4/6/2007

Attorneys for Defendants
Advante International Corp. dba Vanteus Academy,
Yibin Vickie Zhang and Shin Wei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., a California corporation, | Case No.  C06-04994 JW |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS SHIN WEI, YIBIN VICKIE ZHANG, AND ADVANTE INTERNATIONAL CORP. TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| US IVY LEARNING NETWORKS, INC., a California corporation, and JAMES LIU, an individual, SHIN WEI, an individual, YIBIN VICKIE ZHANG, an individual, and ADVANTE INTERNATIONAL CORP., an Illinois corporation, d.b.a. Vanteus Academy, JISHARP INC., a Delaware corporation, CONGRUENT PARTNERS, LLC, a California limited liability company, JASON L. MA, an individual, and DOES 1-10, | Dept:     Courtroom 8, 4th Floor |
| | Judge:    Hon. James Ware |
| | First Amended Complaint filed March 19, 2007 |
| Defendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION TO EXTEND TIME FOR ADVANTE
TO RESPOND TO FIRST AMENDED COMPLAINT                    CASE NO. C06-04994 JW

Pursuant to Civil Local Rule 6-1(a), IT IS HEREBY STIPULATED by and among Plaintiff Mintel Learning Technology, Inc. ("Mintel") and Defendants Advante International Corp., Yibin Vickie Zhang, and Shin Wei (collectively "Advante"), through their counsel, that Advante shall have until May 7, 2007 to answer or otherwise respond to Mintel's First Amended Complaint.

Dated: April 4, 2007                           FENWICK & WEST LLP


By:         /s/ Rodger R. Cole
            Rodger R. Cole

Attorneys for Defendants
Advante International Corp. dba Vanteus
Academy, Yibin Vickie Zhang and Shin Wei

Dated: April 4, 2007                           HOWREY LLP


By:         /s/ J. James Li
            J. James Li

Attorneys for Plaintiff
Mintel Learning Technology, Inc.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rodger R. Cole, attest that concurrence in the filing of this document has been obtained from J. James Li, counsel for Mintel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 4, 2007                              /s/ Rodger R. Cole
                                                  Rodger R. Cole