1  JOHN W. FOWLER, SBN 037463
   jfowler@be-law.com
2  HWAY-LING HSU, SBN 196178
   hhsu@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

**DENIED WITHOUT PREJUDICE**
/s/ James Ware
Judge James Ware

7  Attorneys for Specially Appearing Defendants
   U.S. IVY LEARNING NETWORKS, INC.
8  AND JAMES LIU

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                            SAN JOSE DIVISION

13 | MINTEL LEARNING TECHNOLOGY, INC., a | Case No. C06-04994 JW
   | California corporation,
14 |                                       | **STIPULATION TO WITHDRAW AS
   |                        Plaintiff,     | COUNSEL AND [PROPOSED] ORDER**
15 |
   |   vs.
16 |
   | US IVY LEARNING NETWORKS, INC., a
17 | California corporation, and JAMES LIU, an
   | individual, SHIN WEI, an individual, YIBIN
18 | VICKIE ZHANG, an individual, and ADVANTE
   | INTERNATIONAL CORP., an Illinois
19 | corporation, d.b.a. Vanteus academy,
   |
20 |                        Defendants.

---

STIPULATION TO WITHDRAW AS COUNSEL                                  C06-04994 JW
AND [PROPOSED] ORDER

1      WHEREAS, Bergeson LLP is counsel of record for specially appearing defendants James
2  Liu ("Liu") and U.S. Ivy Learning Networks, Inc. ("U.S. Ivy") in the above-captioned action; and
3      WHEREAS, Mr. Liu and U.S. Ivy have moved pursuant to FRCP Rule 12(b)5 to dismiss
4  the complaint filed by plaintiff Mintel Learning Technology, Inc. or, in the alternative, to quash
5  service of process as ineffective, and that motion is *sub judice*; and
6      WHEREAS, Mr. Liu and U.S. Ivy have requested, and Bergeson LLP has agreed, that
7  Bergeson LLP withdraw as counsel of record; and
8      WHEREAS, Mr. Liu and U.S. Ivy are in the process of retaining new counsel.
9      Now, therefore, IT IS HEREBY STIPULATED that the firm Bergeson, LLP shall
10 withdraw as counsel for specially appearing defendants James Liu and U.S. Ivy Learning
11 Networks, Inc., but that Bergeson LLP will continue to receive electronically filed documents and
12 notices for the purpose of forwarding them to Mr. Liu and U.S. Ivy, until such time as new counsel
13 is engaged. Service upon Bergeson LLP of papers that must be personally served shall not
14 constitute service upon the party.

15 Dated: April 20, 2007      U.S. IVY LEARNING NETWORKS, INC.

By: _____
    James Liu

19 Dated: April 20, 2007

By: _____
    James Liu

22 Dated: April 23, 2007      BERGESON, LLP

By: _____
    Hway-ling Hsu

Attorneys for Specially Appearing Defendants
U.S. IVY LEARNING NETWORKS, INC.
AND JAMES LIU

- 1 -

C06-04994 JW

**ORDER**

~~Pursuant to stipulation, it is SO ORDERED.~~ This Stipulation is DENIED without prejudice to refiling once new counsel substitutes in as counsel of record.

Dated: April 24, 2007         By: _____/s/ James Ware_____
                                  Hon. James Ware
                                  United States District Judge