1  JOHN W. FOWLER, SBN 037463
   jfowler@be-law.com
2  HWAY-LING HSU, SBN 196178
   hhsu@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6

7  Attorneys for Defendants
   U.S. IVY LEARNING NETWORKS, INC.
8  AND JAMES LIU

**GRANTED**
*James Ware*
Judge James Ware

5/21/2007

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13  MINTEL LEARNING TECHNOLOGY, INC., a    | Case No. C06-04994 JW
    California corporation,
14                                         | **STIPULATION TO EXTEND TIME TO**
                                Plaintiff, | **RESPOND TO FIRST AMENDED**
15                                         | **COMPLAINT**
         vs.
16
    US IVY LEARNING NETWORKS, INC., a
17  California corporation, and JAMES LIU, an
    individual, SHIN WEI, an individual, YIBIN
18  VICKIE ZHANG, an individual, and ADVANTE
    INTERNATIONAL CORP., an Illinois
19  corporation, d.b.a. Vanteus academy,

20                              Defendants.

21

22

23

24

25

26

27

28

Plaintiff Mintel Learning Technology, Inc. and Defendants U.S. Ivy Learning Networks, Inc. and James Liu hereby stipulate, by and through their respective counsel, that the time of Defendants U.S. Ivy Learning Networks, Inc. and James Liu to answer or otherwise respond to the First Amended Complaint is hereby extended to June 15, 2007.

Dated: May ___, 2007                    HOWREY LLP


                                        By: _____
                                                J. James Li

                                        ATTORNEYS FOR MINTEL
                                        LEARNING TECHNOLOGY, INC.


Dated: May 17, 2007                     BERGESON, LLP


                                        By: _____/s/_____
                                                John W. Fowler

                                        Attorneys for Defendants
                                        U.S. IVY LEARNING NETWORKS, INC.
                                        AND JAMES LIU

- 1 -

STIPULATION TO EXTEND TIME TO RESPOND TO                                C06-04994 JW
FIRST AMENDED COMPLAINT