1  J. James Li (202855)
   (lij@howrey.com)
2  Christopher Banys (230038)
   (banysc@howrey.com)
3  HOWREY LLP
   1950 University Avenue, 4th Floor
4  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
5  Facsimile:  (650) 798-3600

6  Attorneys for Plaintiff
   MINTEL LEARNING TECHNOLOGY, INC.

7

8

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  MINTEL LEARNING TECHNOLOGY, INC., a     )  Case No. C06-04994JW
    California corporation,                 )
15                                          )  **STIPULATION FOR FILING OF SECOND**
             Plaintiff,                     )  **AMENDED COMPLAINT**
16                                          )
          v.                                )
17                                          )
    US IVY LEARNING NETWORKS, INC., a       )
18  California corporation, and JAMES LIU, an )
    individual, SHIN WEI, an individual, YIBIN )
19  VICKIE ZHANG, an individual, and ADVANTE )
    INTERNATIONAL CORP., an Illinois        )
20  corporation, d.b.a. Vanteus Academy, JISHARP )
    INC., a Delaware corporation, CONGRUENT )
21  PARTNERS, LLC, a California limited liability )
    company, JASON L. MA, an individual, and )
22  DOES 1-10,                              )
                                            )
23          Defendants.                     )
                                            )

24

25       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

26  attorneys of record that Plaintiff my file a Second Amended Complaint, a copy of which is attached

27  hereto.

28

Stipulation for Filing of Second Amended Complaint                    Case No.  C06-04994JW

1    It is further stipulated that each Defendant shall have thirty (30) days to respond, measured

2  from the date that the Second Amended Complaint is filed.  Such response may include a motion to

3  dismiss Mintel's Second Amended Complaint.

4    It is further stipulated that the pending motion, by Advante International Corp., Vickie Zhang

5  and Shin Wei, to dismiss Mintel's First Amended Complaint, is hereby withdrawn as moot.

6

7

8  Dated:  June 4, 2007                                  HOWREY LLP

9

10

11                                                             By:  ___/s/ J. James Li_____
                                                                             J. James Li

12                                                             Attorneys for Plaintiff
                                                               Mintel Learning Technology, Inc.

13

14  Dated:  June 4, 2007                                  FENWICK & WEST LLP

15

16

17                                                             By:  _____
                                                                             Rodger Cole

18                                                             Attorneys for Defendants
                                                               Advante International Corp. dba Vanteus

19                                                             Academy, Yibin Vickie Zhang and Shin
                                                               Wei

20

21  Dated:  June 4, 2007                                  HAYES DAVIS BONINO ELLINGSON MCLAY
                                                               & SCOTT, LLP

22

23

24                                                             By:  ___/s/ Stephen Ellingson_____
                                                                             Stephen Ellingson

25

26                                                             Attorneys for Defendants
                                                               JiSharp Inc., Congruent Partners, LLC,
                                                               and Jason L. Ma

27

28

DM_US:20466538_2

1    It is further stipulated that each Defendant shall have thirty (30) days to respond, measured

2  from the date that the Second Amended Complaint is filed.  Such response may include a motion to

3  dismiss Mintel's Second Amended Complaint.

4    It is further stipulated that the pending motion, by Advante International Corp., Vickie Zhang

5  and Shin Wei, to dismiss Mintel's First Amended Complaint, is hereby withdrawn as moot.

6

7

8  Dated:  June 4, 2007                        HOWREY LLP

9

10                                             By: _____

11                                                        J. James Li

12                                             Attorneys for Plaintiff
                                               Mintel Learning Technology, Inc.

13

14  Dated:  June 4, 2007                       FENWICK & WEST LLP

15

16                                             By: _____

17                                                        Rodger Cole

18                                             Attorneys for Defendants
                                               Advante International Corp. dba Vanteus
19                                             Academy, Yibin Vickie Zhang and Shin
                                               Wei

20

21  Dated:  June 4, 2007                       HAYES DAVIS BONINO ELLINGSON MCLAY
                                               & SCOTT, LLP

22

23

24                                             By: _____

25                                                        Stephen Ellingson

26                                             Attorneys for Defendants
                                               JiSharp Inc., Congruent Partners, LLC,
                                               and Jason L. Ma

27

28

1        I, Christopher D. Banys, am the ECF User whose identification and password are being

2   used to file this Stipulation for Filing of Second Amended Complaint.  In compliance with

3   General Order 45.X.B., I hereby attest that Stephen Ellingson has concurred in this filing.

4   Dated:  June 4, 2007                            HOWREY LLP

5

6

                       By:    /s/ Christopher Banys

7                                 Christopher Banys

8

9                          Attorneys for Plaintiff
                       Mintel Learning Technology, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Filing of Second Amended Complaint                        Case No.  C06-04994JW

DM_US:20466528_2