1  J. James Li (202855)
   (lij@howrey.com)
2  Christopher Banys (230038)
   (banysc@howrey.com)
3  HOWREY LLP
   1950 University Avenue, 4th Floor
4  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
5  Facsimile:  (650) 798-3600

6  Attorneys for Plaintiff
   MINTEL LEARNING TECHNOLOGY, INC.

7

8

DENIED

*Judge James Ware*

9/12/2007

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

| | |
|---|---|
| 14  MINTEL LEARNING TECHNOLOGY, INC., a California corporation, | )  Case No. C06-04994JW |
| | ) |
| 15              Plaintiff, | )  **MINTEL'S STIPULATION AND** |
| | )  **[PROPOSED] ORDER CONTINUING** |
| 16        v. | )  **HEARING DATE OF DEFENDANTS'** |
| | )  **MOTION TO DISMISS AND MOTION TO** |
| 17  US IVY LEARNING NETWORKS, INC., a | )  **STAY** |
| 18  California corporation, and JAMES LIU, an individual, SHIN WEI, an individual, YIBIN | )  Date:          September 24, 2007 |
| 19  VICKIE ZHANG, an individual, and ADVANTE INTERNATIONAL CORP., an Illinois | )  Time:          9:00 a.m.  Courtroom:    8, 4th Floor  Judge:          James Ware |
| 20  corporation, d.b.a. Vanteus Academy, JISHARP INC., a Delaware corporation, CONGRUENT | ) |
| 21  PARTNERS, LLC, a California limited liability | )  **Desired Date: November 26, 2007** |
| 22  company, JASON L. MA, an individual, and DOES 1-10, | ) |
| | ) |
| 23              Defendants. | ) |
| | ) |

24

25        WHEREAS, on July 5, 2007, Defendants US IVY LEARNING NETWORKS, INC., JAMES

26  LIU, SHIN WEI, YIBIN VICKIE ZHANG, ADVANTE INTERNATIONAL CORP., JISHARP INC.,

27  CONGRUENT PARTNERS, LLC, a California limited liability company, and JASON L. MA

28

1 (collectively "Defendants") filed the pleading entitled "Motion to Dismiss Plaintiff's Second Amended

2 Complaint Pursuant to FRCP 12(B)(6);

3       WHEREAS, on July 5, 2007, Defendants filed the pleading entitled Motion To Stay;

4       WHEREAS, Plaintiff MINTEL LEARNING TECHNOLOGY, INC. ("Mintel") filed its

5 opposition to Defendants' motion to dismiss on August 31, 2007.

6       WHEREAS, Defendants filed their reply to Mintel's opposition to Defendants' motion to

7 dismiss on September 10, 2007;

8       WHEREAS, a hearing on this motion is currently scheduled for September 24, 2007;

9       WHEREAS, due to scheduling conflicts, counsel for Plaintiff, Mintel requests that the hearing

10 on both Defendants' motion to dismiss and motion to stay be continued, and that all outstanding dates

11 for opposition and reply to Defendants' motion to stay be likewise moved in accordance with the Local

12 Rules;

13       WHEREAS, the parties have determined that a hearing on this motion can be set for November

14 26, 2007 at 9:00 a.m.;

15       WHEREAS, the parties have met and conferred and HEREBY STIPULATE that:

16       1.    The hearing date of Defendants' motion to dismiss and motion to stay on shall be

17 continued to November 26, 2007;

18       2.    Mintel shall file its opposition to Defendants' motion to stay no later than November 5,

19 2007.

20       3.    Defendants shall file their reply in support of their motion to stay no later than

21 November 12, 2007.

22

23

24

25

26

27

28

Stipulation And [Proposed] Order Continuing Hearing
Date Of Defendants' Motion To Dismiss And Motion
To Stay

Case No.  C06-04994JW

1  Dated:  September 10, 2007                    HOWREY, LLP

2

3                                                By:    /s/ Christopher Banys
4                                                       Christopher Banys

5                                                Attorneys for Plaintiff
6                                                MINTEL LEARNING TECHNOLOGY, INC.

7

8  Dated:  September 10, 2007                    HAYES DAVIS BONINO ELLINGSON MCLAY
9                                                  & SCOTT, LLP

10

11                                               By:    /s/ Stephen Ellingson
12                                                      Stephen Ellingson

13                                               Attorneys for Defendants
                                                 US IVY Learning Networks, Inc., James Liu, Shin
14                                               Wei, Yibin Vickie Zhang, Advante International
                                                 Corp., d.b.a. Vanteus Academy, JiSharp Inc.,
15                                               Congruent Partners, LLC, and Jason L. Ma

16

17                           IT IS SO ORDERED.  The Court DENIES the parties' request for
18  for continuance.  The parties shall appear on September 24, 2007 at 9:00 AM for the scheduled
19  hearings.
    Dated: __ September 12 ___, 2007
20

21

22

23  _____
                  HON. JAMES WARE
24            UNITED STATES DISTRICT JUDGE

25

26

27

28

Stipulation And [Proposed] Order Continuing Hearing                    Case No.  C06-04994JW
Date Of Defendants' Motion To Dismiss And Motion
To Stay

1    I, Christopher D. Banys, am the ECF User whose identification and password are being

2 used to file this Stipulation for Continuing Hearing Date of Defendants' Motion to Dismiss and

3 Motion to Stay.  In compliance with General Order 45.X.B., I hereby attest that Stephen

4 Ellingson has concurred in this filing.

5 Dated:  September 10, 2007                    HOWREY LLP

6

7

8                                              By:    /s/ Christopher Banys
                                                      Christopher Banys

9

10                                             Attorneys for Plaintiff
                                               MINTEL LEARNING TECHNOLOGY,
11                                             INC.

12

13

14

15

16

17

18   DM_US:20685427_2

19

20

21

22

23

24

25

26

27

28

Stipulation And [Proposed] Order Continuing Hearing          Case No.  C06-04994JW
Date Of Defendants' Motion To Dismiss And Motion
To Stay