J. James Li (SBN 202855)
lij@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Ave., 5th Floor
East Palo Alto, CA 94303
Telephone: 650.328.8508
Facsimile: 650.289.7983
Attorney for Plaintiff
MINTEL LEARNING TECHNOLOGY, INC.

STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesdavis.com
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
US IVY LEARNING NETWORKS, INC., JAMES LIU, SHIN WEI, YIBIN VICKIE ZHANG, ADVANTE INTERNATIONAL CORP., JISHARP INC., CONGRUENT PARTNERS, LLC, and JASON L. MA

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>US IVY LEARNING NETWORKS, INC., a California corporation, and JAMES LIU, an individual, SHIN WEI, an individual, YIBIN VICKIE ZHANG, an individual, and ADVANTE INTERNATIONAL CORP., an Illinois corporation, d.b.a. Vanteus Academy, JISHARP INC., a Delaware corporation, CONGRUENT PARTNERS, LLC, a California limited liability company, JASON L. MA, an individual, and DOES 1 – 10,<br><br>Defendants. | CASE NO.  C06-04994 JW<br><br>STIPULATION OF DISMISSAL; [PROPOSED] ORDER<br>[Fed. Rule Civ. Proc., Rule 41(a)(1)] |

IT IS HEREBY STIPULATED by Plaintiff MINTEL LEARNING TECHNOLOGY, INC. through their attorney of record, J. James Li of Greenberg Traurig, LLP and Defendants US IVY LEARNING NETWORKS, INC., JAMES LIU, SHIN WEI, YIBIN VICKIE ZHANG, ADVANTE INTERNATIONAL CORP., JISHARP INC., CONGRUENT PARTNERS, LLC, and JASON L. MA through their attorney of record Stephen P. Ellingson of Hayes Davis Bonino Ellingson McLay & Scott, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

Dated: May 19, 2008

GREENBERG TRAURIG, LLP

By: _____
J. JAMES LI
Attorney for Plaintiff
MINTEL LEARNING TECHNOLOGY, INC.

Dated: May 19, 2008

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By: _____
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorney for Defendants
US IVY LEARNING NETWORKS, INC., JAMES LIU, SHIN WEI, YIBIN VICKIE ZHANG, ADVANTE INTERNATIONAL CORP., JISHARP INC., CONGRUENT PARTNERS, LLC, and JASON L. MA

**ORDER**

IT IS SO ORDERED.

The Clerk shall close this file and terminate all pending motions.

Dated: May 20, 2008

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA